# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Juan Soto, Plaintiff vs. Town of Cicero, et al, Defendants.    Case Number: 19-cv-08504

An appearance is hereby filed by the undersigned as attorney for:
Defendants, Jerry Chlada, Dominic Schullo and Nino Scimone

Attorney name (type or print):  K. Austin Zimmer

Firm:    Del Galdo Law Group, LLC.

Street address:    1441 S. Harlem Ave.

City/State/Zip:    Berwyn, IL  60402

Bar ID Number:  6276227        Telephone Number:    708-222-7000
(See item 3 in instructions)

Email Address: zimmer@dlglawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/28/2022

Attorney signature:    S/ K. Austin Zimmer
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015