IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN SOTO, | ) | |
|       Plaintiff, | ) | |
| v. | ) | Case No 1:19-cv-8504 |
| | ) | |
| TOWN OF CICERO, *et. al.,* | ) | |
|       Defendant. | ) | |

**STIPULATION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that this action, including all claims and counterclaims therein, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and fees. Under the authority of *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375, 381-82 (1994), the Court shall retain jurisdiction of this matter solely to enforce the settlement agreement entered into between the parties.

Dated: November 20, 2023

By: _/s/*Marc P. Trent*___
Attorney for Plaintiff
**TRENT LAW FIRM, P.C.**
600 W. Jackson Blvd, Suite 100
Chicago, IL 60661
service@trentlawfirm.com

By: _/s/ *Veronica Bonilla-Lopez*_
Attorney for Defendant Town of Cicero
1441 S. Harlem Avenue
Berwyn, IL 60402
vblopez@dlglawgroup.com